UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:08-CR-32 |
| | ) | |
| YANCY L. RADFORD | ) | |

**O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated July 16, 2008. [Doc. 25]. The Magistrate Judge recommends that the defendant's motion to suppress the evidence obtained as a result of the consensual search of his home and person be denied. The defendant has filed an objection to this report. [Doc. 26].

After careful and *de novo* consideration of the Report and Recommendation of the United States Magistrate Judge, the defendant's objection to that Report and Recommendation, the defendant's motion to suppress, the response of the government, the transcript of the hearing held on July 16, 2008, and for the reasons set out in that Report and Recommendation which are incorporated by reference

herein, it is hereby **ORDERED** that this Report and Recommendation, is **ADOPTED** and **APPROVED**, and that the defendant's motion to suppress is **DENIED.** [Doc. 16].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE